Filed 10/9/24  P. v. Delonder CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D083546 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD170382) |
| STEVEN WILLIAM DELONDER, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of San Diego County, Lisa R. Rodriguez, Judge.  Affirmed.

Deanna L. Lopas, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2003, Delonder was convicted of carjacking, assault with a semiautomatic firearm, and being a felon in possession of a firearm.  The court sentenced Delonder to 25 years to life plus 21 years in prison.

In 2023, pursuant to section 1172.75, Delonder was resentenced.

In his resentencing brief, Delonder's attorney requested a total term of 30 years.

Upon resentencing, the court invalidated Delonder's prison priors and dismissed his two serious felony priors. The court designated count 2 (assault) as the principal count and imposed an indeterminate term of 25 years to life, together with an enhancement of 4 years (the middle term), to serve consecutively. The court stayed the sentences for counts 1 and 3. The resulting sentence was 25 years to life plus 4 years.

Delonder filed a timely notice of appeal.

Delonder's appellate counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating that counsel has not been able to identify any potentially meritorious issues for reversal on appeal. Counsel asked the court to review the record for error as mandated by *Wende*. Delonder filed a supplemental brief.

To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), Delonder's appellate counsel has identified the following possible issues that were considered in evaluating the potential merits of Delonder's appeal: (1) whether the trial court abused its discretion in declining to strike one or more of Delonder's prior strike convictions; (2) whether the trial court abused its discretion in declining to strike one or more of the gun enhancements based on finding that dismissal would endanger public safety; and (3) whether the trial court abused its discretion by imposing the middle term, despite evidence of prior victimization and trauma.

Delonder's supplemental brief raises these issues, as well as an additional issue as to whether the court followed proper procedures in resentencing him.

## DISCUSSION

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Delonder on this appeal.  We affirm.

## DISPOSITION

The judgment is affirmed.

KELETY, J.

WE CONCUR:

IRION, Acting P. J.

RUBIN, J.